**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

In re: JAMES LUECKE                                   Case No. 15-MC-009

**ORDER**

James Luecke, a pro se litigant, presented a document entitled "Vehicular Judicial Notice and Motion to Compel Unrestrictive Travel" to the clerk of court. This document requests an "order of protection" to "uphold" Luecke's "right of unrestrictive travel." No adverse or opposing party is identified. Upon receiving this document, the clerk of court opened a miscellaneous case and assigned the matter to me.

Luecke's filing seems to be related to the "Sovereign Citizens" movement or to some similar set of fringe beliefs. See http://en.wikipedia.org/wiki/Sovereign_citizen_movement (last viewed March 6, 2015). Performing an Internet search for "vehicular judicial notice," I find on websites that appear to be affiliated with the Sovereign Citizens movement documents that are very similar, if not identical, to the one Luecke filed. Luecke's filing displays other hallmarks of the Sovereign Citizens movement, such as the addition of the Latin phrase "sui juris" to his name and frequent references to the common law. See Southern Poverty Law Center, The Sovereigns: A Dictionary of the Peculiar, Intelligence Report (Fall 2010), available at www.splcenter.org (last viewed March 6, 2015).

Luecke's vehicular judicial notice seems to be based on the belief that because the Supreme Court has recognized a constitutional right to travel, state and local governments are prohibited from requiring drivers to obtain licenses, register their vehicles, obtain liability insurance, or obey traffic laws. This belief is, of course, misguided. See Matthew v.

Honish, 233 Fed. Appx. 563, 563–64 (7th Cir. 2007) (describing as "meritless" argument that state licensure and registration requirements violate the right to travel). In any event, Luecke's vehicular judicial notice and motion to compel does not present any claim or issue that could be adjudicated in this court or result in any form of recognized relief. Accordingly, no further action will be taken on Luecke's notice and motion, and the clerk of court is directed to close this file.

**SO ORDERED** at Milwaukee, Wisconsin, this 6th day of March 2015.

s/ Lynn Adelman

LYNN ADELMAN
District Judge